[No. 12880-6-III.     Division Three.     December 20, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES EDWARD JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 92-1-00250-8, John A. Schultheis, J., entered November 3, 1992. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Thompson, C.J., and Munson, J.

[No. 11800-2-III.     Division Three.     December 20, 1994.]

SUZANNE K. GRAVES, *Appellant*, v. THE DEPARTMENT OF GAME, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Grant County, No. 87-2-00400-3, Jerry M. Moberg, J., entered August 1, 1991. *Affirmed in part, reversed in part,* and *dismissed* by unpublished opinion per Sweeney, J., concurred in by Thompson, C.J., and Schultheis, J. Now published at 76 Wn. App. 705.

[No. 12982-9-III.     Division Three.     December 20, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERTO TIJERINA, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 91-1-00345-1, Evan E. Sperline, J., entered December 18, 1992. *Affirmed* by unpublished opinion per Munson, J., concurred in by Sweeney, A.C.J., and Schultheis, J.